**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:  Patricia Glover                              Date: December 18, 2012
Court Reporter:      Terri Lindblom

Civil Action No. 12-cv-03095-MSK

| *Parties*: | *Counsel Appearing:* |
|---|---|
| PIKES PEAK JUSTICE & PEACE COMMISSION; | Mark Silverstein |
| STAR BAR PLAYERS; | Rebecca Teitelbaum Wallace |
| GREENPEACE, INC.; | Sara Rich |
| THE DENVER VOICE; | |
| JAMES BINDER; | |
| RONALD MARSHALL; | |
| LAUREL ELIZABETH CLEMENTS MOSLEY; and | |
| ROGER BUTTS, | |

   Plaintiffs,

v.

| | |
|---|---|
| CITY OF COLORADO SPRINGS, COLORADO, | Christopher Melcher |
| | David DeMarco |
|    Defendant. | Daniel Dunn |
| | Anne Turner |

**COURTROOM MINUTES**

HEARING:   Oral Ruling - Preliminary Injunction Hearing

**4:00 p.m.**    **Court in session.**

**ORDER:**    Plaintiffs' Motion for Preliminary Injunction (**# 6**) is **GRANTED**.  The City is enjoined from enforcing Ordinance 12-100, pending trial on the merits in this matter.

**4:53 p.m.**    **Court in recess.**

Courtroom Minutes
Judge Marcia S. Krieger
Page No. 2

**Total Time:    53  Minutes.**
**Hearing concluded.**